ALBERT OEDING, appellant,

*v.*

JOSEPHINE N. SCHWEINLER, respondent.

[Decided October 15th, 1928.]

On appeal from a decree of the court of chancery.

*Mr. Richard N. Glassner,* for the appellant.

*Messrs. Grosso, Brundage & Anderson,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Church, and reported in *101 N. J. Eq. 455.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ.    15.

*For reversal*—None.